**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
__Richmond__ **Division**

In re: Steve Nikolas Simpson

Case No. 18-31629-KRH

Chapter 13

Debtor(s)

## ORDER VACATING DISCHARGE OF DEBTOR(S)

A Discharge of Debtor(s) was entered on the docket on  September 21, 2021 .
The Court has determined that the discharge was entered inadvertently, due to administrative error; and it is, therefore,

**ORDERED,** that the Discharge of Debtor(s) is **VACATED,** without prejudice as to further proceedings.

Date: Oct 19 2021

/s/ Kevin R Huennekens
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Oct 19 2021

[ver. 12/03]